IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LATRIECE McCRAY                                                                PLAINTIFF

v.                          CASE NO. 4:25-CV-00263-BSM

SOCIAL SECURITY ADMINISTRATION
*Commissioner*                                                                  DEFENDANT

## ORDER

United States Magistrate Judge Patricia S. Harris's proposed findings and recommended disposition [Doc. No. 11] is adopted, and the Commissioner's decision is reversed and remanded, pursuant to "sentence four" of 42 U.S.C. section 405(g).

IT IS SO ORDERED this 27th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE